UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF THE<br>TAX INDEBTEDNESS OF<br><br>ARTHUR C. HASIOTIS | )<br>)<br>)   MBD NO.<br>)<br>)<br>)   05MBD 10013 |

## APPLICATION OF REVENUE OFFICER TO
## ENTER PREMISES TO EFFECT LEVY

Leo Jordan, a Revenue Officer of the United States Internal Revenue Service, on the basis of the attached Affidavit, respectfully requests the issuance of an order authorizing him and/or such other revenue officers as may be designated by the Internal Revenue Service to enter the premises located at 1654 Washington Street, Boston, MA 02118 for the purpose of seizing the property of Arthur C. Hasiotis, as may be found therein which is subject to levy by the United States in satisfaction of the outstanding federal taxes now due and owing by said taxpayer, together with interest and cost as allowed by law.

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: /s/ Barbara Healy Smith
BARBARA HEALY SMITH
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 9200
Boston, MA 02210
(617) 748-3282

Dated: January 12, 2005