UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN THE MATTER OF THE TAX
INDEBTEDNESS OF                )
                               )
                               )
                               )               M.B.D.
                               )
Arthur C. Hasiotis             )       05 MBD 10013
                               )
                               )

AFFIDAVIT OF REVENUE OFFICER

CITY OF BOSTON                         )
COMMONWEALTH OF MASSACHUSETTS          )

Revenue Officer Leo Jordan, having been first duly sworn, states as follows:

1. I am a Revenue Officer employed in the Small Business/ Self Employed Division of the Office of the Area Director, Internal Revenue Service, at Boston, Massachusetts. As a Revenue Officer, I have the duty and authority to collect federal taxes by seizure and sale under the provisions of Section 6331 of the Internal Revenue Code.

2. Assessment(s) of tax and statutory additions for the period(s) ending 12-31-1997, 12-31-1998, 12-31-1999, 12-31-2000, 12-31-2002, 03-31-2000, 09-30-2000, 12-31-2000, 03-31-2001, 06-30-2001, 09-30-2001, 03-31-2002, and 06-30-2002 have been made against Arthur C. Hasiotis, 1654 Washington Street Boston, MA 02118,( TIN 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) for which notice and demand was made on 11-23-1998, 05-31-2004, 05-24-2004, 05-31-2004, 01-12-2004, 05-07-2003, 05-07-2003, 05-07-2003, 05-07-2003, 05-07-2003, 05-07-2003, 05-07-2003, and 05-07-2003 pursuant to Section 6201, 6203, and 6303 of the Internal Revenue Code.

3. The said taxpayer has neglected or refused to pay the full amount of the taxes assessed within 10 days after such notice and demand and this neglect or refusal continues.

4. There is now due, owing and unpaid with respect to such tax, penalty and interest a total amount of $ 72,076.79, plus statutory additions.

5. By reason of each assessment, a lien has arisen on all property and rights to property of said taxpayer as prescribed by Sections 6321 and 6322 of the Internal Revenue Code.

6. By reason of the taxpayer's neglect and failure to pay such tax within 10 days after notice and demand, a levy may be made on all property and rights to property belonging to the taxpayer or to which the federal tax lien attaches.

7. A notice of intention to levy was provided to the taxpayer as required by IRC 6331(d).

8. The taxpayer is an individual engaged in a crematorium business at 1654 Washington Street Boston, MA 02118. The premises are owned by the taxpayer.

The asset to be seized includes a 1984 Cadillac Fleetwood limousine found at the business. I personally observed this asset on the premises on November 10, 2004. I know that the taxpayer has an interest in the asset because the public records indicate that the vehicle is owned by Arthur C. Hasiotis.

On November 10, 2004, I left a request for consent to enter private premises for the purpose of levying the assets pursuant to Section 6331 of the Internal Revenue Code at the taxpayer's place of business. The Revenue Officer requested that the signed consent be returned by November 15, 2004. The consent has not been provided.

_____
REVENUE OFFICER

Subscribed and sworn to before me this 13th day of January, 2005.

_____
UNITED STATES MAGISTRATE JUDGE
FOR THE DISTRICT OF MASSACHUSETTS