UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN THE MATTER OF THE TAX )
INDEBTEDNESS OF )
                                            )
                                            )   M.B.D.
Arthur C. Hasiotis                    )
                                            )   05MBD10013
                                            )

ORDER FOR ENTRY ON PREMISES
TO EFFECT LEVY

    Leo Jordan, a Revenue Officer for the United States Internal Revenue Service, having filed an application requesting authorization for him and/or other designated revenue officers to enter the premises located at 1654 Washington Street, Boston, MA 02118 in order to seize property in satisfaction of unpaid taxes, together with an Affidavit in support of that application and the Court finding on the basis of the Affidavit, that there is probable cause to believe that property or rights to property belonging to Arthur C. Hasiotis, which are subject to levy by the United States pursuant to Section 6331 of the Internal Revenue Code are located on or within the premises as described, it is

    ORDERED THAT Leo Jordan and/or other designated revenue officers are authorized to enter the premises described and to make such search as is necessary in order to levy and seize pursuant to Section 6331 of the Internal Revenue Code. In making this search and seizure, however, such revenue officers are directed to enter the premises during business hours or the daytime and within 10 days of this order, and to make reasonable entries thereafter to effectuate a disposition of seized property.

DATED: _1-13-05_

                                              _[signature]_
                                              UNITED STATES MAGISTRATE JUDGE
                                              FOR THE DISTRICT OF MASSACHUSETTS