FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2005 FEB -2 P 12: 56

U.S. DISTRICT COURT
DISTRICT OF MASS.

IN THE MATTER OF THE TAX )
INDEBTEDNESS OF )
) M.B.D.
)
Arthur C. Hasiotis )
)
)

ORDER FOR ENTRY ON PREMISES
TO EFFECT LEVY

    Leo Jordan, a Revenue Officer for the United States Internal Revenue Service, having filed an application requesting authorization for him and/or other designated revenue officers to enter the premises located at 1654 Washington Street, Boston, MA 02118 in order to seize property in satisfaction of unpaid taxes, together with an Affidavit in support of that application and the Court finding on the basis of the Affidavit, that there is probable cause to believe that property or rights to property belonging to Arthur C. Hasiotis, which are subject to levy by the United States pursuant to Section 6331 of the Internal Revenue Code are located on or within the premises as described, it is

    ORDERED THAT Leo Jordan and/or other designated revenue officers are authorized to enter the premises described and to make such search as is necessary in order to levy and seize pursuant to Section 6331 of the Internal Revenue Code. In making this search and seizure, however, such revenue officers are directed to enter the premises during business hours or the daytime and within 10 days of this order, and to make reasonable entries thereafter to effectuate a disposition of seized property.

DATED: 1-13-05

_____
UNITED STATES MAGISTRATE JUDGE
FOR THE DISTRICT OF MASSACHUSETTS

## RETURN

I, Leo Jordan, hereby certify that:

☐ On  January 14, ~~19~~ 2005 at 1:30 o'clock p.m., Leo Jordan searched the premises described in the writ of entry on premises to affect levy, and Leo Jordan left a copy of the writ with _____

No Answer, left copy of writ in mail slot of Front Door at 1157 Washington St, Boston, MA 02118

Property which was seized pursuant to the writ and 26 U.S.C. § 6331 is listed on the attached Notice of Seizure (IRS Form 2433).

☐ The writ was not executed because _____

_____

Leo Jordan
Revenue Officer

Sworn and subscribed to before me this 20th day of January, 2005.

Tasawania Tanalru
Notary Public

My commission expires: November 15, 2007

11/30/2004

Department of the Treasury
Internal Revenue Service
Form 2433 (Rev. Sept. 2001)



# Notice of Seizure

**Name and Address**

ARTHUR C. HASIOTIS
1654 WASHINGTON STREET
BOSTON, MA 02118

Under the authority in section 6331 of the Internal Revenue Code, and by virtue of a levy from the Area Director of Internal Revenue of the area shown below, I have seized the property below for nonpayment of past due internal revenue taxes.

| Due from | Amount | Internal Revenue Area and Territory |
|---|---|---|
| ARTHUR C. HASIOTIS | $ 76,159.63 | BOSTON, MA |

**Description of property**

1994 CADILLAC FLEETWOOD LIMOUSINE    VIN: 1G6AF23953R00A2500

B/ack; C/lR

Minor dents scrapes

mileage 141,379

41,379 as STATED ON ODOMETER

| Signature of Revenue Officer making seizure | Address | Date |
|---|---|---|
| | 1250 HANCOCK St., 503S QUINCY, MA 02169 | 01/14/2005 |
| Signature of accompanying employee | Address 1250 HANCOCK St., 503S QUINCY, MA 02169 | Date 01/14/2005 |

Part 2— Third Party Copy    Cat. No. 21680C    www.irs.gov    Form 2433 (Rev. 9-2001)